CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

August 03, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| NORTHERN VIRGINIA HEMP & AGRICULTURE, LLC et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 7:26-cv-00615 |
| v. | ) ) | |
| GOVERNOR ABIGAIL SPANBERGER et al., | ) ) ) | By: Hon. Robert S. Ballou United States District Judge |
| Defendants. | ) | |

### ORDER

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction (Dkts. 4, 6) and Motion for Temporary Restraining Order (Dkt. 5). Because Plaintiffs seek emergency relief enjoining enforcement of a Virginia statute scheduled to take effect on August 15, 2026, I find that expedited proceedings are appropriate.

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiffs shall promptly serve each Defendant with the Complaint, the Motion for Preliminary Injunction, and the Motion for Temporary Restraining Order, and all supporting memoranda and exhibits, and shall provide notice of the requested emergency relief along with a copy of this Order.

2. The Court will hold a scheduling conference with counsel on Thursday, August 6, 2026 at 9:00 a.m. by telephone. During the conference, the Court will schedule a hearing on the Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

3.  The date and time for Defendants to file responses to the Motion for Temporary Restraining Order and Motion for Preliminary Injunction shall be addressed at the status conference.

It is so **ORDERED**.

Entered:  August 3, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge